CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 25 2010

JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Case No. 7:06CR00079 |
| | ) (Case No. 7:10CV80252) |
| v. | ) |
| | ) **FINAL JUDGMENT AND ORDER** |
| | ) |
| LAWRENCE MCARTHUR WEBB, | ) By: Glen E. Conrad |
| | ) United States District Judge |
| Defendant. | ) |

For the reasons stated in the memorandum opinion entered this day, it is

**ADJUDGED AND ORDERED**

that the motion to vacate, set aside or correct sentence, pursuant to 28 U.S.C. § 2255 is hereby **DISMISSED** as untimely, and the action is stricken from the active docket of the court. Based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right, a certificate of appealability is **DENIED**.

The Clerk is directed to send copies of this judgment and order to the defendant.

ENTER: This 25th day of June, 2010.

/s/ Glen E. Conrad
United States District Judge